UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                                :
UNITED STATES OF AMERICA        :
                                :   Crim. No. 18-482-001 (NLH)
     v.                         :
                                :
JOSE QUINONES,                  :   MEMORANDUM OPINION AND ORDER
                                :
          Defendant             :
_____:
```

**APPEARANCES**:

Jose Quinones
910 N. 2nd Street
Camden, New Jersey 08034

    *Defendant pro se*

Patrick Askin, AUSA
Office of the U.S. Attorney
401 Market Street – 4th Floor
Camden, New Jersey 08101

    *Counsel for the United States*

**Hillman**, **District Judge**

    WHEREAS, this matter having been brought before the court upon Defendant Jose Quinones's ("Quinones or Defendant") *pro se* Motion for Early Termination of Supervised Release Term (ECF 52) which the Government has opposed (ECF 54)[1]; and

    WHEREAS, Defendant was sentenced by this Court on January 10, 2019 to a term of incarceration of thirty-six (36) months to

---

[1] The Government's letter request to file its opposition out of time (ECF 55) is hereby granted *nunc pro tunc*.

be followed by the statutory minimum term of supervised release of three (3) years, 21 U.S.C. § 841(B)(1)(C), after his guilty plea to a count of conspiracy to distribute cocaine in violation of 21 U.S.C. § 846 (ECF 48); and

    WHEREAS, Defendant's Judgment of Conviction entered on January 14, 2019 (ECF 49) included the mandatory condition that he not commit another local, state, or federal crime while under supervision (ECF 49 at 3); and

    WHEREAS, Defendant's term of supervised release commenced on September 2, 2021 (ECF 51); and

    WHEREAS, on February 15, 2023, this Court was notified by the United States Probation Office for this District that Defendant had been charged on February 11, 2023 with local offenses in a two-count criminal complaint in Atlantic City Municipal Court after an altercation in a casino (ECF 51) charges which the Government represents remain pending (ECF 54 at p. 1); and

    WHEREAS, if found guilty of one or both local charges, Defendant would likely be in violation of the terms of his supervised release, subjecting him to possible revocation or modification of the terms of his supervised release; and

    WHEREAS, it would therefore be inappropriate to terminate Defendant's term of supervised release while such charges remain unresolved;

THEREFORE, it is on this 27th day of December, 2023,

**ORDERED** that Defendant's *pro se* Motion for Early Termination of Supervised Release Term (ECF 52) be, and the same hereby is, DENIED WITHOUT PREJUDICE; and it is further

**ORDERED** that the Clerk send to Defendant by regular mail a copy of this Memorandum Opinion and Order at the address listed on the docket.

At Camden, New Jersey        /s/  Noel L. Hillman
                                                NOEL L. HILLMAN, U.S.D.J.